## UNITED STATES of America, Plaintiff–Appellee,

v.

## Donald MITCHELL, Defendant–Appellant.

### No. 07–14577

### Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 26, 2008.

Peggy Morris Ronca, Orlando, FL, for Plaintiff–Appellee.

Peter Warren Kenny, Federal Public Defender's Office, Orlando, FL, R. Fletcher Peacock, Fort Myers, FL, for Defendant–Appellant.

Before TJOFLAT, BLACK and PRYOR, Circuit Judges.

PER CURIAM:

Peter Warren Kenny, appointed counsel for Donald Mitchell in this appeal of the revocation of Mitchell's supervised release and subsequent sentence, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of Mitchell's supervised release and subsequent sentence are **AFFIRMED.**